**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY CALZADA,  Plaintiff(s),  v.  LARRY WILLIAMSON, et al.,  Defendant(s). | Case No. 2:22-cv-02050-GMN-NJK  **ORDER**  [Docket No. 8] |

Pending before the Court are USM 285 forms that Plaintiff filed on the docket, presumably seeking to have service effectuated on Defendants by the United States Marshal Service. Docket No. 8. Plaintiff paid the filing fee in this case and, as a result, is not proceeding *in forma pauperis*. As such, United States District Judge Gloria M. Navarro has ordered that "Plaintiff is responsible for completing service within 90 days." Docket No. 6 at 7. If Plaintiff seeks to have service completed by the United States Marshal Service, he must file a motion that explains why such relief is warranted in this case. *See* Fed. R. Civ. P. 4(c)(3). Because no order has issued authorizing service by the United States Marshal Service, the USM 285 forms at Docket No. 8 are hereby **STRICKEN**.

IT IS SO ORDERED.

Dated: February 24, 2023

_____
Nancy J. Koppe
United States Magistrate Judge