# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALZADA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>LARRY WILLIAMSON, et al.,<br><br>　　　Defendant(s). | Case No. 2:22-cv-02050-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 23, 25] |

On January 13, 2023, the court ordered Plaintiff to effectuate service on Defendants within 90 days. Docket No. 6 at 7. Pending before the Court now are the order to show cause why the case should not be dismissed for lack of service, Docket No. 23, and Plaintiff's motion to extend the time to complete service, Docket No. 25. The Court has wide discretion in extending the time to complete service and may grant such relief without a showing of good cause. *See* Fed. R. Civ. P. 4(m). Given the circumstances of this case, the Court will allow one <u>final</u> extension of the service deadline. Accordingly, the order to show cause is **DISCHARGED** and the motion to extend is **GRANTED**. Plaintiff must effectuate service on Defendants by November 17, 2023. The Court is not inclined to allow further extensions, so Plaintiff must take all appropriate steps to complete service by the deadline set herein.

　　　IT IS SO ORDERED.

　　　Dated: September 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge