# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALZADA,<br><br>    Plaintiff(s),<br><br>v.<br><br>LARRY WILLIAMSON, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-02050-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 28] |

On January 13, 2023, the court ordered Plaintiff to effectuate service on Defendants within 90 days. Docket No. 6 at 7. On September 18, 2023, the Court allowed "one <u>final</u> extension of the service deadline" to November 17, 2023. Docket No. 26 at 1 (emphasis in original). The Court warned Plaintiff that it "is not inclined to allow further extensions, so Plaintiff must take all appropriate steps to complete service" by that deadline. *Id.* On November 17, 2023, Plaintiff filed a proof of service indicating that service had been executed on Nurse Coco. Docket No. 27. On November 17, 2023, Plaintiff also filed affidavits of attempted service on other Defendants. Docket No. 29.

Pending before the Court is Plaintiff's motion to extend time for service. Docket No. 28. The Court has wide discretion in extending the time to complete service and may grant such relief without a showing of good cause. See Fed. R. Civ. P. 4(m). Given the efforts made to date, the Court will allow a further extension of the service deadline. Accordingly, the motion to extend is **GRANTED**. The deadline to effectuate service is **EXTENDED** to January 17, 2024.

IT IS SO ORDERED.

Dated: November 28, 2023

                                                                           Nancy J. Koppe<br>                                                                           United States Magistrate Judge