# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALZADA,<br><br>  Plaintiff(s),<br><br>v.<br><br>LARRY WILLIAMSON, et al.,<br><br>  Defendant(s). | Case No. 2:22-cv-02050-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 32] |

Pending before the Court is an "addendum," which appears to be an attempt to amend part of the complaint. Docket No. 32. Plaintiff cannot file piecemeal pleadings on the docket. If Plaintiff wishes to amend the complaint, any proposed amended complaint must be <u>complete</u> in and of itself. Local Rule 15-1(a). Accordingly, the Court hereby **STRIKES** the addendum.

IT IS SO ORDERED.

Dated: January 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1