# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALZADA,<br><br>    Plaintiff(s),<br><br>v.<br><br>LARRY WILLIAMSON, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-02050-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 33] |

Pending before the Court is Plaintiff's motion for the Court to resend various orders and docketed filings. Docket No. 33. The Court granted an earlier request made by Plaintiff as a courtesy, Docket No. 15, but the Court declines to continue doing so moving forward. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court does not generally provide copies of filed documents or earlier orders, even for indigent plaintiffs proceeding *in forma pauperis*. Instead, copies may be obtained from the Clerk's Office pursuant to the statutory fee structure. *See* Local Rule IC 1-1(i)(5); *see also* 28 U.S.C. § 1914. Accordingly, the motion to resend documents is **DENIED**.

If Plaintiff seeks copies, Plaintiff must submit a "Copy and Service Request" form to the Clerk's Office and Plaintiff must pay the appropriate fees. The Clerk's Office is **INSTRUCTED** to mail Plaintiff a courtesy copy of the "Copy and Service Request" form.

IT IS SO ORDERED.

Dated: January 4, 2024

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge