UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY CALZADA, | Case No. 2:22-cv-02050-GMN-NJK |
|---|---|
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 40] |
| LARRY WILLIAMSON, et al., | |
| Defendant(s). | |

The current deadline to effectuate service expired on March 1, 2024. Docket No. 38 at 2. The service deadline initially expired roughly a year ago. *See* Docket No. 6 at 7. This deadline has been extended numerous times and Plaintiff has been warned that further extensions were unlikely. *See, e.g.*, Docket No. 26 at 1 ("The Court is not inclined to allow further extensions, so Plaintiff must take all appropriate steps to complete service by the deadline set herein").

Pending before the Court is Plaintiff's latest request for extension, this time indicating that he has been dealing with a foot infection and had a toe amputated on February 22, 2024. Docket No. 40 at 1. For good cause shown, the Court **GRANTS** the latest motion to extend and will allow <u>one final extension</u> of the service deadline to <u>June 10, 2024</u>, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. **<u>THERE WILL BE NO FURTHER EXTENSIONS OF THIS DEADLINE. FAILURE TO COMPLY WITH THIS DEADLINE MAY RESULT IN DISMISSAL.</u>**

IT IS SO ORDERED.

Dated: April 10, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1