# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALZADA,<br><br>Plaintiff(s),<br><br>v.<br><br>LARRY WILLIAMSON, et al.,<br><br>Defendant(s). | Case No. 2:22-cv-02050-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 45] |

Pending before the Court is an order to show cause why this case should not be dismissed for failure to effectuate service. Docket No. 44. Plaintiff filed a response. Docket No. 46.[1] Also pending before the Court is Plaintiff's motion to update the order on service. Docket No. 45. For the reasons discussed below, the order to show cause is **DISCHARGED**, the motion to update the order on service is **GRANTED**, and the deadline to effectuate service is **EXTENDED** to September 30, 2024.

On January 4, 2024, the Court granted Plaintiff's motion for service by the United States Marshal Service. Docket No. 38. Plaintiff sent USM 285 forms to the Marshal on or about May 19, 2024. *See* Docket No. 45 at 3-4. The Marshal declined to attempt service, however, citing a need for an updated Court order and summonses with proof of service. *Id.* at 2.

In light of the circumstances, the Court orders as follows:

- For the reasons already stated in the order granting Plaintiff's motion for service by the Marshal Service, Docket No. 38, Plaintiff may rely on the United States Marshal Service to effectuate service of process.

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

- The Clerk's Office must issue summonses to Defendants and deliver the summonses to the United States Marshal Service. The Clerk's Office must also deliver a copy of the complaint (Docket No. 7) to the United States Marshal Service.
- The Clerk's Office must send Plaintiff four copies of the Form USM-285. Plaintiff must provide the United States Marshal Service with the required Form USM-285 by August 30, 2024. Within 20 days after receiving from the United States Marshal Service a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.
- The deadline to effectuate service is extended to September 30, 2024.
- The order to show cause (Docket No. 44) is discharged and the motion to update the order on service (Docket No. 45) is granted.

IT IS SO ORDERED.

Dated: July 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge