# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALZADA,<br><br>    Plaintiff(s),<br><br>v.<br><br>LARRY WILLIAMSON, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-02050-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 55] |

Pending before the Court is Plaintiff's motion for a two-month extension to the discovery cutoff and related deadlines. Docket No. 55. A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Plaintiff's motion indicates that he has had limited access to the law library. Docket No. 55 at 1. At the same time, however, the discovery cutoff remains months away. *See* Docket No. 52 at 2 (setting discovery cutoff of December 10, 2024). Plaintiff has failed to explain why he cannot meet the existing discovery cutoff (or the other deadlines in the scheduling order) given the time remaining. Accordingly, the motion to extend is DENIED without prejudice.

IT IS SO ORDERED.

Dated: October 11, 2024

                                                                                             Nancy J. Koppe<br>
                                                                                             United States Magistrate Judge