# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY CALZADA,

    Plaintiff(s),

v.

DR. LARRY WILLIAMSON, et al.,

    Defendant(s).

Case No. 2:22-cv-02050-GMN-NJK

**ORDER**

United States District Judge Gloria M. Navarro has lifted the bankruptcy stay. Docket No. 70. The most recent status report seeks an opportunity for the parties to present the Court with "outstanding issues and propose a new scheduling order." *See* Docket No. 69 at 2. The parties are **ORDERED** to meet-and-confer and to file, by June 10, 2025, a stipulation identifying a proposed schedule for moving the case forward.[1]

IT IS SO ORDERED.

Dated: May 20, 2025

                                      Nancy J. Koppe
                                      United States Magistrate Judge

---

[1] Defendants will be tasked with preparing and filing this stipulation on the docket. If the parties do not agree on the contents, the stipulation must provide the parties' competing positions. *Cf.* Local Rule 26-1(a).

1