UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY CALZADA,

    Plaintiff(s),

v.

DR. LARRY WILLIAMSON, et al.,

    Defendant(s).

Case No. 2:22-cv-02050-GMN-NJK

**ORDER**

On May 21, 2025, the Court ordered the parties to meet-and-confer and to file, by June 10, 2025, a stipulation with a proposed case management schedule. Docket No. 71. On June 11, 2025, Defendants filed a status report explaining that the parties did not confer as ordered and that more time is needed to assess how the case should proceed. Docket No. 73.

As a threshold matter, the parties are **CAUTIONED** that compliance with the Court's orders is required. The parties did not confer and did not file a timely stipulation. In addition, defense counsel is reminded that requests for relief must be presented in a stipulation or a motion, not in a status report. *Cf.* Local Rule IC 2-2(b).

Notwithstanding the above, the Court construes the status report as a request to extend the deadline to confer and file a proposed case management schedule. As so construed, the request is **GRANTED**. The parties must confer by August 14, 2025. The parties must file a stipulation identifying a proposed schedule for moving the case forward by August 21, 2025.[1]

IT IS SO ORDERED.

Dated: June 16, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] Defendants will be tasked with preparing and filing this stipulation on the docket. If the parties do not agree on the contents, the stipulation must provide the parties' competing positions. *Cf.* Local Rule 26-1(a).