# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY CALZADA,

    Plaintiff(s),

v.

DR. LARRY WILLIAMSON, et al.,

    Defendant(s).

Case No. 2:22-cv-02050-GMN-NJK

**ORDER**

Pending before the Court is an order for Attorney Ethan Featherstone to show cause. Docket No. 78. Attorney Featherstone filed a response. Docket No. 79.

On May 19, 2025, Defendants requested an opportunity to propose a new case management schedule upon the lifting of the bankruptcy stay. Docket No. 69. Defendants were afforded that opportunity. Docket No. 71. Despite themselves seeking that relief, Defendants have failed in that endeavor. Attorney Featherstone has violated multiple orders and the local rules. *See* Docket No. 78.[1]  Attorney Featherstone's behind-the-scenes conduct is also lacking.[2]  While sanctions could be imposed in the circumstances, the Court will instead **CAUTION** Attorney Featherstone that moving forward he must comply with all orders, comply with all applicable rules, and devote sufficient attention to this case.

---

[1] Attorney Featherstone is not a new attorney. It is Lawyering 101 that an attorney must seek an extension, rather than allow a court-ordered deadline to lapse and hope for the best after that violation. It is unclear how it is that Attorney Featherstone is now apparently just realizing in responding to an order to show cause that he must seek an extension if he cannot meet a court-ordered deadline. *See* Docket No. 79 at 9.

[2] By way of example, Attorney Featherstone attests that it was "important" to know for planning purposes whether Plaintiff was opting out of the third-party release. *See* Docket No. 79 at 8. With respect to the email indicating that Plaintiff had in fact opted out of the third-party release, however, Attorney Featherstone indicates that he "either did not see the email or the Plaintiff's name on the list" until more than a week after receiving the email. *See id.* at 9.

1

Except as stated above, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: September 9, 2025

                                                            _____
Nancy J. Koppe
United States Magistrate Judge