ETHAN FEATHERSTONE, ESQ.
Nevada Bar No. 11566
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9337
Facsimile: (702) 255-2858
E-Mail: efeatherstone@grsm.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY CALZADA, | Case No.: 2:22-cv-02050-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| DR. LARRY WILLIAMSON; DR. KYLE; NURSE JANE DOE AKA NURSE COCO. | |
| Defendants. | |

Pursuant to Local Rule IA 11-6, Ethan Featherstone, Esq., respectfully moves the court for an order as follows: Attorney Robert E. Schumacher is not an attorney working on this case, therefore, counsel Robert E. Schumacher should be removed as representing Defendants Dr. Larry Williamson, Dr. Kyle (F. Martineau) and Nurse Jane Doe aka Nurse Coco ("Defendants") from the e-service list. Accordingly, this Motion respectfully requests that this Court remove email addresses associated with attorney Robert E. Schumacher: rschumacher@grsm.com, amontero@grsm.com, cpagaduan@grsm.com, sowens@grsm.com, and WL-LVSupport@grsm.com be removed from the electronic service list in this matter. Robert E. Schumacher's withdrawal should not delay these proceedings, as Ethan Featherstone of GORDON REES SCULLY MANSUKHANI, LLP remains counsel of record for the named defendants.

/ / /

/ / /

/ / /

/ / /

-1-

1  Accordingly, there is good cause to justify granting attorney Ethan Featherstone's request
2  to remove Robert E. Schumacher, Esq. from the electronic service list in this case.
3  DATED this 1st day of December, 2025.

           GORDON REES SCULLY
           MANSUKHANI, LLP

           */s/*Ethan Featherstone, Esq.
           Nevada Bar No. 11566
           300 So. 4th Street, Suite 1550
           Las Vegas, Nevada 89101
           ***Attorney for Defendants***

IT IS SO ORDERED.
Dated:  December 2, 2025
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

-2-