ETHAN FEATHERSTONE, ESQ.
Nevada Bar No.  11566
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Direct:  (702) 577-9337
Facsimile:  (702) 255-2858
E-Mail: efeatherstone@grsm.com
**Attorney for Defendants**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CALZADA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DR. LARRY WILLIAMSON; DR. KYLE; NURSE JANE DOE AKA NURSE COCO.<br><br>　　　Defendants. | Case No.:   2:22-cv-02050-GMN-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Pursuant to Local Rule IA 11-6, Ethan Featherstone, Esq., respectfully moves the court for an order as follows: Attorney Jacqueline Victoria Nichols is no longer with GORDON REES SCULLY MANSUKHANI, LLP and is now with firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and should be removed as representing Defendants Dr. Larry Williamson, Dr. Kyle (F. Martineau) and Nurse Jane Doe aka Nurse Coco ("Defendants") from the e-service list. Accordingly, this Motion respectfully requests that this Court remove email addresses associated with attorney Jacqueline Victoria Nichols:    jnichols@wwhgd.com, abonney@wwhgd.com, acress@wwhgd.com  adurazzo@wwhgd.com, docketing-LV@wwhgd.com  psmithjr@wwhgd.com , tdelossantos@wwhgd.com , vgomez@wwhgd.com,  be removed from the electronic service list in this matter.  Jacqueline Victoria Nichols' withdrawal should not delay these proceedings, as Ethan Featherstone of GORDON REES SCULLY MANSUKHANI, LLP is, and remains counsel of record for the named defendants.

/ / /

/ / /

-1-

Accordingly, there is good cause to justify granting attorney Ethan Featherstone's request to remove Jacqueline Victoria Nichols, Esq. from the electronic service list in this case.

DATED this 2nd day of December, 2025.

                                                    GORDON REES SCULLY
MANSUKHANI, LLP

*/s/*Ethan Featherstone, Esq.
Nevada Bar No. 11566
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorney for Defendants***

IT IS SO ORDERED.
Dated:  December 2, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

-2-