**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Anthony Calzada,

    Plaintiff(s),

v.

Larry Williamson, et al.,

    Defendant(s).

Case No. 2:22-cv-02050-GMN-NJK

**Order**

On December 2, 2025, the Court set a settlement conference and ordered the parties to submit settlement statements. Docket No. 95. The parties have not complied with that order. As to Plaintiff, the Court has not received any settlement statement. As to Defendants, the settlement statement received is defective. First, the Court ordered that all individual parties must appear at the settlement conference[1] and ordered that the settlement statement must provide the names of everyone who will attend the settlement conference. *See id.* at 2. In the corresponding section of Defendants' settlement statement, however, it references only that Defendants will be represented by attorney Ethan Featherstone. Hence, either Defendants themselves are not planning to attend the settlement conference as ordered or their settlement statement is defective. Second, the Court ordered that the settlement statement must include an initial settlement proposal. *See id.* at 3. Defendants' settlement statement does not provide that information.

Given the circumstances, the Court **CONTINUES** the settlement conference to 1:00 p.m. on June 5, 2026. Plaintiff must submit a settlement statement by May 20, 2026. The Clerk's Office is **INSTRUCTED** to resend Plaintiff the settlement conference order (Docket No. 95), which outlines the information that must be within that settlement statement. Defendants must

---

[1] To the extent an exception to the attendance requirements was desired, a request had to be filed within 14 days of the issuance of the subject order. *See id.* at 2. No such request was filed and the deadline expired long ago.

1

submit a supplement to their settlement statement to the undersigned's box in the Clerk's Office by 3:00 p.m. on May 20, 2026. Defendants' supplemental statement must clearly identify everyone who will attend the settlement conference and must provide an initial settlement offer. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: April 21, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2