**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Anthony Calzada, | Case No. 2:22-cv-02050-GMN-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| Larry Williamson, et al., | |
| Defendant(s). | |

Pending before the Court is an order for Plaintiff to show cause. Docket No. 107. The Court has now received Plaintiff's settlement statement in an envelope postmarked May 19, 2026. While it is regrettable that it took 14 days for this statement to arrive, that is beyond Plaintiff's control and the Court **DISCHARGES** the order to show cause. The Court' **RESETS** the settlement conference for 9:30 a.m. on June 22, 2026. In light of Plaintiff being in prison, defense counsel is further **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's telephonic appearance at the settlement conference. Mr. Caytuero can be reached at 702-464-5566.

IT IS SO ORDERED.

Dated: June 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1