# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Anthony Calzada,

     Plaintiff,

v.

Larry Williamson, et al.,

     Defendants.

Case No. 2:22-cv-02050-GMN-NJK

**Order**

[Docket No. 112]

Pending before the Court is an order for defense counsel Ethan Featherstone to show cause why he should not be sanctioned. Docket No. 112. Counsel filed a response. Docket No. 113. Counsel has not proffered a reasonable excuse for filing blatantly erroneous representations of fact with the Court. Although the Court would be within its discretion to impose a judicial fine[1] in the circumstances, the Court provides a **<u>final</u>** warning that counsel must comply with all orders, comply with all applicable rules, and devote sufficient attention to this case. Counsel must expect that continued violations will result in the imposition of sanctions. The order to show cause is otherwise discharged.

IT IS SO ORDERED.

Dated: June 25, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Counsel's assertion that the Court must find bad faith in order to impose sanctions is, quite simply, wrong.

1