MICHAEL D. NAVRATIL, ESQ.
Nevada Bar No. 7460
ALCO C. ROBINSON, ESQ.
Nevada Bar No. 17112
**GORDON REES SCULLY MANSUKHANI, LLP**
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9324
(702) 577-9317
Facsimile: (702) 255-2858
E-Mail: mnavratil@grsm.com
arobinson@grsm.com

***Attorneys for Defendants Dr. Larry Williamson and Dr. Kyle***



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY CALZADA,

Plaintiff,

vs.

DR. LARRY WILLIAMSON; DR. KYLE; NURSE JANE DOE AKA NURSE COCO.

Defendants.

Case No.: 2:22-cv-02050-GMN-NJK

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL AND PROPOSED ORDER**

Defendants DR. LARRY WILLIAMSON and DR. KYLE ("Defendants"), by and through their counsel of record, Michael D. Navratil, Esq. and Alco C. Robinson, Esq. of the law firm Gordon Rees Scully Mansukhani LLP, respectfully move this Court for a brief extension of time to file the parties' Stipulation of Dismissal and Proposed Order.

In support of this Motion, Defendants state as follows:

1. Pursuant to the Court's prior order, the parties are required to file a Stipulation of Dismissal and Proposed Order on or before August 25, 2026 [ECF No. 115].

2. The parties have prepared and executed the Settlement Agreement releasing Plaintiff's claims against Defendants and the parties have coordinated the delivery of the settlement check to Plaintiff.

3. Plaintiff is proceeding pro se and is currently incarcerated. Defense counsel provided the Stipulation of Dismissal and Proposed Order to Plaintiff for review and execution.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

4. As of the filing of this Motion, Defendants are awaiting the return of the executed documents from Plaintiff.

5. Defendants have acted diligently and anticipate filing the fully executed Stipulation of Dismissal and Proposed Order promptly upon receipt of Plaintiff's signature.

6. This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendants respectfully request that the Court extend the deadline to file the Stipulation of Dismissal and Proposed Order by sixty (60) days, through and including October 23, 2026, or such other date as the Court deems appropriate.

DATED this 25th day of August 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*<u>/s/ Michael Navratil</u>*
Michael D. Navratil, Esq.
Nevada Bar No. 7460
Alco C. Robinson, Esq.
Nevada Bar No. 17112
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101

***Attorneys for Defendants Dr. Larry Williamson and Dr. Kyle***

Good cause has been shown for an extension of 30 days. Accordingly, the motion is **GRANTED** in part. Dismissal papers must be filed by September 24, 2026.
IT IS SO ORDERED.
.
.

______________________________
Nancy J. Koppe
United States Magistrate Judge