MICHAEL D. NAVRATIL, ESQ.
Nevada Bar No. 7460
ALCO C. ROBINSON, ESQ.
Nevada Bar No. 17112
**GORDON REES SCULLY MANSUKHANI, LLP**
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9337
(702) 577-9317
Facsimile: (702) 255-2858
E-Mail: mnavratil@grsm.com
arobinson@grsm.com

***Attorney for Defendants***

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY CALZADA,

Plaintiff,

vs.

DR. LARRY WILLIAMSON; DR. KYLE; NURSE JANE DOE AKA NURSE COCO.

Defendants.

Case No.: 2:22-cv-02050-GMN-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff ANTHONY CALZADA and Defendants LARRY WILLIAMSON, et al., by and through their respective counsel of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims asserted in this action, and any counterclaims, crossclaims, or third-party claims, may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

This stipulation is signed by all parties who have appeared in this action.

**PLAINTIFF**

Anthony Calzada
***Plaintiff Pro Se***

**DEFENDANTS**

Michael D. Navratil, Esq.
Nevada Bar No. 7460
Alco C. Robinson, Esq.
Nevada Bar No. 17112
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendants***

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this 15 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT